UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Deborah Diane Aitken

Case No.: 23-19717-ABA  
Chapter: 7  
Judge: Andrew B Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B Altenburg, Jr. on January 2, 2024, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 211 Mallard Lane, Egg Harbor Township NJ 08234<br>(FMV $313,000.00) |
|---|---|

| Liens on property: | $321,469.28 - Select Portfolio Servicing<br>$10,274.05 - Bayport Condo Assoc |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      /s/ Andrew Sklar, Chapter 7 Trustee

Address:   20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-19717-ABA

Deborah Diane Aitken  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Dec 01, 2023     Form ID: pdf905     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Diane Aitken, 211 Mallard Lane, Egg Harbor Township, NJ 08232-2910 |
| 520070343 | | Bayport Condominium Association, 325 Mandarin Ln, Pleasantville, NJ 08232 |
| 520070358 | + | Seaville Dental Arets, 529 South New York Road, Galloway, NJ 08205-9808 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520070341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 01 2023 20:51:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520070344 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2023 20:52:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 520070353 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 21:09:22 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 520070345 | + | Email/Text: mrdiscen@discover.com | Dec 01 2023 20:52:00 | Discovery, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520070346 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2023 20:52:00 | Internal Revenue Service, Department of Treasury, Bankruptcy Notice, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 520070351 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2023 20:58:04 | JP Morgan Chase Bank Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520070354 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 21:09:41 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520070355 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2023 20:52:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 520070357 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2023 21:09:33 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 520070359 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 01 2023 20:53:00 | Select Portfolio Servicing, Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

# BYPASSED RECIPIENTS

Case 23-19717-ABA    Doc 9    Filed 12/03/23    Entered 12/04/23 00:16:27    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: pdf905 | Total Noticed: 15 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520070342 | *+ | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520070347 | *+ | Internal Revenue Service, Department of Treasury, Bankruptcy Notice, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 520070348 | *+ | Internal Revenue Service, Department of Treasury, Bankruptcy Notice, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 520070349 | *+ | Internal Revenue Service, Department of Treasury, Bankruptcy Notice, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 520070350 | *+ | Internal Revenue Service, Department of Treasury, Bankruptcy Notice, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 520070352 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520070356 | *+ | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Andrew L. Miller | on behalf of Debtor Deborah Diane Aitken millerar85252@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4