Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−19717−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah Diane Aitken
   211 Mallard Lane
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−9032

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

211 Mallard Lane, Egg Harbor Township


Dated: December 27, 2023
JAN: eag

                                                Jeanne Naughton
                                                Clerk